THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - -X
FRANK SUMMERS,                          :
CARL BAILEY,
GREGORY BURROUGHS, et al.,              :      CA  98CV02692
                                                   (AK)
        Plaintiffs,                     :

        v.                              :

HOWARD UNIVERSITY,                      :
        Defendant.
- - - - - - - - - - - - - - - - -X

### DECLARATION OF JOHN F. KENNEDY

I, John F. Kennedy, declare and state:

1. I was the lead attorney in the above-captioned matter, but was not the lead attorney in the Appeals. Annexed hereto is a summary of both my and Ms. Dolan's time, which applies the updated Laffey matrix developed by the United States Attorney for the District of Columbia. The Laffey matrix reflects the rate at which attorney's fees are regularly determined in cases in the United States District Court for the District of Columbia. Also attached to this submission is the Declaration of Kathleen A. Dolan, my partner, who has co-counseled this matter. Our Laffey rate is $360 per hour.

2. I received my J.D. from the Antioch School of Law in December 1986; and my LLM from Georgetown University School of Law in 1989. I have an undergraduate degree from the University of Maryland and a Masters from George Washington University

3. I am a member of the Bars of the District of Columbia, Commonwealth of Virginia, Commonwealth of Pennsylvania (inactive), Commonwealth of Massachusetts (inactive), State of Colorado, State of New Jersey (inactive) and the United States District Court for the Districts of Columbia and Maryland.

4. Following my graduation from Law School and after receiving my LLM, I served as a Law Clerk on the United States Court of Claims in the National Childhood Vaccine Injury Program and later worked as a contract attorney for Zuckerman, Spaeder here in D.C.

5. In October of 1991 I formed the firm of Kennedy & Dolan, and remain there today as partner. I have maintained a civil litigation practice with a focus on Employment, representations of unions, serious personal injury and other matters. I have first or second-chaired approximately 20 jury trials.

KENNEDY & DOLAN
SUITE 910
LEE PLAZA
3601 GEORGIA AVENUE
LIVER SPRING, MD 20910

(301) 608-3000

6. Consistent with the firm's focus previously described, the vast majority of the firm's revenue is derived from attorney fee awards or contingent fee cases.

7. I performed each and every hour of the work for which I seek attorneys' fees. In my professional opinion, everything listed herein -- and more, which I am willing to forego repayment for in the interest of good faith and reasonableness -- was reasonable and necessary for the successful completion of this very long and drawn-out case.

I, John F. Kennedy, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 29, 2005.

_____
John F. Kennedy

2