THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
- - - - - - - - - - - - - - - - -X
FRANK SUMMERS,                    :
CARL BAILEY,
GREGORY BURROUGHS, et al.,        :     CA  98CV02692
                                              (AK)
        Plaintiffs,               :

    v.                            :

HOWARD UNIVERSITY,                :
        Defendant.
- - - - - - - - - - - - - - - - -X
```

### DECLARATION OF KATHLEEN A. DOLAN

I, Kathleen A. Dolan, declare and state:

1. I am lead counsel in the post-attorneys' fees submission matters in the above-captioned matter which included 2 full arguments in the Court of Appeals. Also attached to this submission is the Declaration of John F. Kennedy, my partner, who was lead counsel in this matter.

2. I received my J.D. from the Antioch School of Law in December 1986. I have an undergraduate degree from Tufts University, Medford, Massachusetts.

3. I am a member of the Bars of the District of Columbia, Maryland, and the Commonwealth of Massachusetts. I am also admitted to the United States District Courts for the Districts of Columbia and Maryland and, most recently as a result this case, the United States Court of Appeals for the D.C. Circuit.

4. Following my graduation from Law School, I was law clerk to the Honorable Joseph M. Hannon of the Superior Court for the District of Columbia for 3 years. I then worked for the United States Sentencing Commission as an attorney monitoring the 4th Circuit.

5. In October of 1991 I formed the firm of Kennedy & Dolan, and remain there today as partner. I have maintained litigation practice with a focus on criminal defense, employment, representations of unions, serious personal injury and other matters. I have first chaired approximately 75 jury trials,[3] and many more non-jury trials. I have appeared in the Court of Appeals in the District of Columbia

---

[3] The original affidavit filed in this matter in August of 2002 indicates approximately 30 jury trials. Recently, in support of an application to the Montgomery Inns of Court, undersigned counsel had the occasion to actually list exactly how many jury trials in her 14 years of jury trial experience -- and recognizes that number as closer to 70.

KENNEDY & DOLAN
SUITE 910
LEE PLAZA
101 GEORGIA AVENUE
/ER SPRING, MD 20910
(301) 608-3000

       for 2 arguments and, most recently, for two arguments before the United States District Court for the District of Columbia.

6. Consistent with the firm's focus previously described, the vast majority of the firm's revenue is derived from attorney fee awards or contingent fee cases.

7. I performed each and every hour of the work for which I seek attorneys' fees, and several others for which I am willing to forgive repayment of, in good faith support of those substantive hours provided for herein. In my professional opinion, every hour for which I seek repayment herein was worked -- and necessary in order to finalize the <u>Summers</u> case, as defendant wrangled the matter up to the United States Court of Appeals for the D.C. Circuit and back.

I, Kathleen A. Dolan, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on ___9/29/05___.

_____*Kathleen A. Dolan*_____
Kathleen A. Dolan

2