THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - -X
FRANK SUMMERS,                          :
CARL BAILEY,
GREGORY BURROUGHS, <u>et al.</u>,       :       CA   <u>98CV02692</u>
                                                     (AK)
            Plaintiffs,                 :

        v.                              :

HOWARD UNIVERSITY,                      :
            Defendant.
- - - - - - - - - - - - - - - - - -X

### DECLARATION OF DANIEL A. KATZ

I, Daniel A. Katz, declare and state:

1.    I received my J.D., **summa cum laude** from the District of Columbia School of Law in May 1994.  I have an undergraduate degree from Hampshire College in Amherst, Massachusetts.

2.    I am a member in good standing of the Bars of the District of Columbia and Maryland, and was admitted to both jurisdictions in 1995.  I am also admitted to practice before the United States District Court for the District of Columbia, the United States Court of Appeals for the District of Columbia Circuit, the United States District Court for the District of Maryland, the Fourth Circuit Court of Appeals, and the Supreme Court of the United States.

3.    Following my graduation from law school, I served as Court Law Clerk to the District of Columbia Court of Appeals from September 1994 to April 1996.

4.    In ~~June~~ April of 1996, I joined the firm of Silber, Andalman, Perlman & Flynn (later to become Andalman & Flynn) as a litigation associate.  Since then, I have consistently represented Plaintiffs in matters regarding civil rights, employment discrimination, the Fair Labor Standards Act, as well as state wage and hour law, and personal injury.  I am responsible for both trial and appellate work in state and federal courts.

5.    I am intimately familiar with the <u>Laffey</u> matrix, the reasonableness of attorneys' fees requests, and the requirements to make such a determination within a fee petition.

6.    I have reviewed the supplemental fee petition submitted on behalf of the counsel for plaintiffs in the <u>Summers v. Howard University</u> matter, attached hereto.  In my experience and knowledge of the requirements of litigation, both in the District Court and the Courts of Appeals, I believe the hours

requested for reimbursement by John Kennedy & Kathleen Dolan are fair and reasonable and reasonably necessary. I base this determination on my years of practice in the employment litigation field, and have been awarded many statutory attorneys' fees, myself, in several of my cases similar to this one.

7.    In my opinion, the amount requested, per hour, at $360 is fair and reasonable under the _Laffey_ matrix, based on John Kennedy and Kathleen Dolan's practicing law for between 11 and 19 years.

8.    Finally, in my opinion, for the amount of work performed in this case and the two appellate arguments over the course of the past 2 1/2 years, a request for attorneys' fees in the amount of $61,560 and costs in the amount of $1,119.53 is fair and reasonable within the prevailing legal market.


I, Daniel A. Katz, declare and affirm under the penalty of perjury swear and affirm that the foregoing is true and correct.

_Daniel A Katz_
Daniel A. Katz

9/29/2005