**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

```
- - - - - - - - - - - - - - - - -X
FRANK SUMMERS,
CARL BAILEY,
GREGORY BURROUGHS,              :      CA  1"98CV02692
                                            (AK)
          Plaintiffs,

          v.                    :

HOWARD UNIVERSITY,              :
               Defendant.
- - - - - - - - - - - - - - - - :
```

**NOTICE OF FILING**

Please take the court notice of the attached "Attorney's Time-Sheet" that is part of the attachments to Plaintiff's Motion for Attorney Fees and Costs (Doc. #242).


Respectfully submitted,


------------------------------------
John F. Kennedy
Kathleen A. Dolan
8601 Georgia Avenue, Suite 910
Silver Spring, MD 20910