**KENNEDY & DOLAN**
Attorneys at Law
8601 Georgia Avenue
Suite 910
Silver Spring, MD 20910
------------------------------------------------------------------

## ATTORNEY'S TIME-SHEET

**KD: Kathleen Dolan**
**JK: John Kennedy**
**2002**

| DATE | ACTIVITY | TIME |
|---|---|---|
| 8/30 | Review Court of Appeals 8/29 Order (KD/JK | .2 |
| 9/5 | Review Court of Appeals 9/3 Order (KD/JK) | .30 |
| 9/8 | Review Court of Appeals 9/6 Order (KD/JK) | .2 |
| 9/11 | Review Howard 89-page fax which had been faxed overnight(JK/KD); discuss; plan opposition | 1.5 |
| 9/11 | Review Howard revised 89-page **Emergency** Motion/hand-delivered (Compared differences noted potential response) | 1.75 |
| 9/15 | Draft opposition to Howard Motion to Stay (KD) | 1.90 |
| 9/17 | Make changes/review Howard's out-of-circuit cases; John reviews; new draft of opposition | 3.9 |
| 9/20 | Review/edit opposition; John Kennedy review; input changes; prepare final document | 2.75 |
| 9/30 | Letter to Lexgroup re: brief | .30 |
| 10/3 | Letter to Magistrate Kay to move case along; review with John Kennedy; discuss with John Kennedy. | 1.5 |
| 10/3 | Letter to Magistrate Key enclosing proposed arbitrators | .30 |
| 10/10 | Review Court of Appeals Order (JK/KD) denying Motion to stay | .10 |
| 11/10 | Review Court of Appeals 10/7 Order; discuss timing with JFK; insert dates into calendar; review Court of Appeals Rules on presentation of briefs | 1.2 |
| 11/05 | Letter to Magistrate Kay requesting action to set case back on track and avoid delays | 2.1 |
| 12/11 | Letter to Magistrate Kay requesting to set the matter back on the trial calendar for liability | 1.9 |

| **2003** | | |
|---|---|---:|
| 1/6 | Drafted letter to all clients updating them on the case | 1.25 |
| 1/7 | Sent update letter to all 67 clients | .4 |
| 1/22 | Conversation with Westmorland, reviewing files and letter to Jenkins regarding Westmorland's wages | .9 |
| 1/23 | Letter to Jenkins advising of new lawsuit | 0.00 |
| 1/29 | Letter to Magistrate Kay seeking adoption of Special Master's report | .8 |
| 2/1 | Review Howard's objection to Special Master's report (JK); discuss with Kathleen Dolan | 2.25 |
| 2/6 | Reviewed, wrote and sent update letter to all 67 clients regarding Judge Kay's 1-16-03 adoption of Special Master's Back Wage Report | 1.4 |
| 2/12 | Draft/finalize consent motion to amend briefing schedule | 1.0 |
| 2/18 | Draft/finalize Appellee's Motion Sanctions Discuss w/John; JK reviews; filed | 2.50 |
| 2/20 | Review Master Berman's report regarding fees & costs | .75 |
| 2/21 | Review Ct. Order granting Mt. Amend; reviewed attached document "To All Counsel of Record" | .5 |
| 2/22 &2/23 | Read Appellant's brief; outline issues; pull cases cited; outline appellee's brief; distinguish appellant's cases; write first draft | 22.0 |
| 2/24 | John review draft; makes comments; makes changes; revised draft | 7.0 |
| 2/25 | Draft is finalized; subsections created; proper form; forwarded to Lexgroup | 3.5 |
| 2/27 | Review cases from appellant's brief; outline cases cited | 5.25 |
| 2/20 | Set hearing for 3/12/2003 at 2:00 p.m. by p/c from chambers | .1 |
| 3/4 | Letter to Court Appeals re: typo in brief; attach page from brief | 1.00 |

| | | |
|---|---|---|
| 03/13 | Review Howard's Opposition Motion Sanctions; discuss w/John Kennedy | .50 |
| 3/20 | Travel to hearing; appear at hearing; argue objections to report; ask court to adopt reports JK/KAD | 3.50 |
| 3/30 | Review Notice of Howard's withdrawal of objection | .5 |
| 4/5 | Review Ct. Order holding Mtn. Sanctions in abeyance | .10 |
| 4/29 | Review order allocating argument | .1 |
| 5/4 | Prepare form 72 | .2 |
| 5/6 | Moot with other counsel | 3.2 |
| 5/7 | Review of Magistrate's Faxed Order/MO&O adopting Special Master's report (JFK & KAD) | 1.5 |
| 5/8 | Reviewed, wrote and sent update letter to all 67 clients regarding and enclosing Judge Kay's 17-page 5/7/03 Order adopting Special Master's Back Wage Report | 2.25 |
| 4/30 | Review per curiam order | .25 |
| 5/8 | Travel to Court for oral argument | 3.4 |
| 5/18 | Review Court Order/decision w/John Kennedy | .8 |
| 5/21 | Review Court Order denying sanctions | .1 |
| 5/28 | Review Howard's Notice of Appeal; discuss options with John Kennedy | .2 |
| 5/30 | Review Howard's Motion to Stay Enforcement of Judgment/discuss w/John/review cases | 2.2 |
| 6/2 | Motion for Order to Show Cause filed by Plaintiffs since Howard did not Pay on Judgment | 1.7 |
| 6/10 | Review Howard's Opposition to Motion Show Cause | .30 |
| 6/18 | Review Magistrate Kay's MO&O Granting Howard's Motion to Enforce Stay of Judgment; discuss options with John Kennedy | .50 |
| 7/14 | Review Opposition to Motion Expedited Appeal | .50 |
| 7/25 | Review AK Order granting Motion for Stay of Enforcement; directing Howard to file bond ;review with John Kennedy and discuss response; motion; options | .25 |

| | | |
|---|---|---|
| 8/1 | Review Ct. Order consolidating cases | .2 |
| 9/2 | Review H Rule 30(c) statement/submission | .75 |
| 9/8 | Review AK Order granting Motion to Discharge Show Cause Order; ramifications discussed | .25 |
| 9/9 | Discussed with Kathleen Dolan appeal/case strategy and wrote and sent letter to all 67 clients and enclosing a survey of whether asking the officers if they wanted to drop the appeal process and go to trial in Summers | 3.7 |
| 10/2 | Review Court Order/Briefing Schedule/Rules | .50 |
| 6/2 | Draft bill of costs/count pages | .9 |
| 6/2 | Emergency Motion for Order to Show Cause as to Why Howard Should Not be Held in Contempt of Ct. | |
| 6/3 | Finalize bill of costs/mail | 1.0 |
| 7/11 | Review Court of Appeal Order | .1 |
| 10/21 | Review Seyfarth letter | .1 |
| 11/15 | Review Court Order amending briefing schedule | .2 |
| 12/18 | Review appellant's brief; write out cases to be pulled and read; outline brief | 3.75 |
| 12/21 | Outline brief | 1.25 |
| **2004** | | |
| 1/3&4 | Review appellee's brief; research counter-cases; produce rough draft of brief; draft Motion Summary Affirmance; outline brief | 14.9 |
| 1/6 | Distinguish cases; write substantive law; discuss with John Kennedy; finalize first draft | 2.5 |
| 1/7 | Review; edit; shephardize; compile | 2.9 |
| 1/8 | Finalize; meet with John Kennedy; make small changes; comprise final document; forward to Lex Group | 3.0 |
| 1/16 | Discussed with Kathleen Dolan and wrote and sent letter to all clients outlining/discussing Howard University's 3-page settlement offer letter of January 9, 2004 | 2.25 |

| | | |
|---|---|---|
| 1/19 | Letter discussed with D.C. Ethics Howard's January 9, 2004 offer letters and researched ethical obligations regarding the offers, discussed with Kathleen Dolan and wrote and sent letter to all clients outlining/ enclosing/ discussing Howard University's 3-page settlement offer letter of January 9, 2004. | 1.75 |
| 2/25 | Review briefs in preparation for preparing for argument | 2.25 |
| 3/1 | Discuss argument with John Kennedy; prepare moot | 1.2 |
| 3/3 | Review cases; prepare for argument | 1.0 |
| 03/08 | Fill out form for arguing appeal, review rules accompanying | .4 |
| 3/9 | Moot with other counsel | 2.8 |
| 3/12 | Review for argument | 1.0 |
| 3/14 | Review for argument/discuss with John Kennedy | 1.2 |
| 3/15 | Travel to argument | 3.5 |
| 7/16 | Review judgment; consult with other attorney | 1.25 |
| 8/3 | Prepare bill of costs | 2.2 |
| 8/4 | Letter to all clients notifying them of the Court of Appeals July 16, 2004 decision and saying Howard has 30 days to appeal, if they chose to. | 1.25 |
| 8/5 | Prepare Mtn. File Bill of Costs out of time | 0.00 |
| 8/17 | Letter to all clients notifying them Howard did not appeal the July 16, 2004 Court of Appeals decision and checks would be issued at some time in the future. | 1.0 |
| 8/27 | Review clerk's Order permitting costs | .1 |
| 8/28 | Review mandate | .1 |
| 8/28 | Review order granting requests for costs | .1 |
| 9/8 | Motion for Order regarding payment of judgment; Call DOL regarding interest in Fed. Ct. | 1.2 |
| 10/6 | Plaintiff's response to defendant's opp; call DOL; review Court website; review case-law | .95 |

| | | |
|---|---|---|
| 10/7 | Discussed with Kathleen Dolan issue with W-2 forms required by Howard University and wrote/sent letter to all clients regarding individual officers' W-2 forms which Howard required they sign and return before sending the back wage checks enclosing same with envelope | 2.0 |
| 10/12 | Reviewed Special Master's award and checked check amounts and wrote letter to all clients enclosing the Special Master's back wage amount check and a liquidated damages check and explaining same and that another interest check will be issued. | 3.4 |
| 12/29 | Review law on attorneys' fees/settlement; discuss filing of Motion with John Kennedy | 2.0 |
| **2005** | | |
| 1/9 | Draft Motion for mediation or to Refer. | 1.25 |
| 1/18 | Review/finalize Motion to Refer; discuss with John Kennedy | 1.8 |
| 1/24 | Finalize motion; review for typos; prepare for filing | 1.2 |
| 1/26 | Checked interest amount figures and wrote letter to all clients with their interest amount check explaining same. | 2.8 |
| 2/ | Review defendant's opposition to Motion | .7 |
| 2/20 | Draft reply; discuss; finalize | 1.9 |
| 9/28,29 | Draft Petition for Attorneys' Fees | -- |
| | **TOTAL HOURS** | **171.** |
| **COSTS[1]** | Postage for update letters to clients $391.28 | |
| | Photocopies: 2613 pages @$.25/page $653.25 | |
| | Envelopes: 1005 $ 75.00 | |
| | **TOTAL COSTS** $1,119.53 | |
| **GRAND TOTAL** | TOTAL HOURS 171 @$360+ COSTS ($1,119.53) $61,560 + $1,119.53= **$62,679.53** | |

---

[1] Costs related to the more than 150 telephone calls over the years by individual officers asking for a case status, electronic research (Westlaw) and travel time have not been included herein.