IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FRANK SUMMERS, et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> HOWARD UNIVERSITY, ) <br> ) <br> Defendant. ) <br> _____) | Civil Action No. 98-2692 (AK) |

## DECLARATION OF RONALD A. LINDSAY

1.  I am Ronald A. Lindsay and I make this declaration being aware of the importance of my obligation to make a truthful statement and the penalties for perjury.

2.  All statements in this declaration are based on my personal knowledge.

3.  I am an attorney with the law firm of Seyfarth Shaw LLP and my office is located at 815 Connecticut Avenue, N.W., Suite 500, Washington, DC 20006, which is where I have signed this declaration.

4.  Since on or about March, 2003, I have been lead outside counsel for Howard University in the above-captioned case.

5.  I represented Howard University at the March 20, 2003 hearing before Magistrate Kay and at the 5/8/03 and 3/15/04 oral arguments before the U.S. Court of Appeals for the D.C. Circuit.

6.  I have on this day reviewed my Firm's time records relating to those court appearances. Those time records indicate that I billed Howard 2.4 hours for the hearing on March 20, 2003, which includes the time spent in a post-hearing conference with Special Master Berman, that I billed Howard 1.5 hours for the oral argument on May 8, 2003 and that I billed

DC1 30158605.1

Howard 1.6 hours for the oral argument on March 15, 2004. These entries include time spent in court waiting for the argument to begin.

I declare under the penalty of perjury that the foregoing is true and correct.

_____   _____
Ronald A. Lindsay                                    Date   1/5/06

2