IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FRANK SUMMERS, *et al.*, | ) ) ) |  |
| Plaintiffs, | ) ) | Civil Action No. 98-2692 (AK) |
| v. | ) ) |  |
| HOWARD UNIVERSITY, | ) ) |  |
| Defendant. | ) ) |  |

## **ORDER**

Upon consideration of defendant Howard University's Objections to the Report of the Special Master, plaintiffs' opposition thereto and the entire record herein, it is on this _____ day of _____ 2006, hereby

ORDERED that the Court's Order of July 19, 2005 (Doc. No. 233) is vacated; and it is

FURTHER ORDERED that plaintiffs' supplemental petition for attorneys' fees will be limited to work performed in the instant case after August 30, 2004. Because plaintiffs' petition does not reflect any time entries after August 30, 2004 that should be reimbursed by Howard, plaintiffs' request for supplemental fees and costs is denied in its entirety.

SO ORDERED.

_____/s/_____
United States Magistrate Judge
Honorable Alan Kay

Copies to:

John F. Kennedy, Esquire
Kathleen Dolan, Esquire
KENNEDY & DOLAN
8601 Georgia Avenue, Suite 910
Silver Spring, MD  20910

Ronald A. Lindsay, Esquire
SEYFARTH SHAW LLP
815 Connecticut Avenue, N.W., Suite 500
Washington, DC  20006

Leroy Jenkins, Esquire
Office of the General Counsel
HOWARD UNIVERSITY
2400 Sixth Street, N.W., Suite 321
Washington, DC  20059